1

2

3

4

5

6                           UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
7                                    AT TACOMA

8    RICHARD ANTONIO CAPELLO *et al.,*

9            Plaintiffs,                          Case No. C02-5242FDB

10       v.                                        ORDER ADOPTING REPORT
                                                    AND RECOMMENDATION
11   MARK SELING *et al.,*                          REGARDING PLAINTIFF
                                                    BRADLEY JOHNSON
12           Defendants.

13          The Court, having reviewed plaintiff's complaint, and the Report and

14   Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and

15   Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

16       (1)    The Court adopts the Report and Recommendation;

17       (2)    Plaintiff Bradley Johnson's cause of action is **DISMISSED WITH PREJUDICE**

18              for the reasons outlined in the Report and Recommendation.

19       (3)    The Clerk is directed to send copies of this Order to plaintiffs, counsel for

20              defendants, and to the Hon. Karen L. Strombom.

21

22       DATED this 16th day of May 2005.

23

24                                         _____
                                           FRANKLIN D. BURGESS
25                                         UNITED STATES DISTRICT JUDGE

26

27

28   ORDER  - 1