1

2

3

4

5

6                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
7                            AT TACOMA

8   RICHARD ANTONIO CAPELLO *et al.,*

9           Plaintiffs,                    Case No. C02-5242RBL

10          v.                             ORDER ADOPTING REPORT
                                            AND RECOMMENDATION
11  MARK SELING *et al.,*                   REGARDING PLAINTIFF
                                           RICHARD CURTIS
12          Defendants.

13          The Court, having reviewed plaintiff's complaint, and the Report and

14  Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and

15  Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

16          (1)     The Court adopts the Report and Recommendation;

17          (2)     Plaintiff Richard Curtis's cause of action is **DISMISSED WITH PREJUDICE**

18                  for the reasons outlined in the Report and Recommendation.

19          (3)     The Clerk is directed to send copies of this Order to plaintiffs, counsel for

20                  defendants, and to the Hon. Karen L. Strombom.

21

22          DATED this 27th day of September, 2005.

23

24                          _____
                            RONALD B. LEIGHTON
25                          UNITED STATES DISTRICT JUDGE

26

27

28  ORDER - 1