1

2

3

4

5

6              UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF WASHINGTON
7                      AT TACOMA

8   RICHARD ANTONIO CAPELLO *et al.*,

9            Plaintiffs,                    Case No. C02-5242RBL

10       v.                                 ORDER ADOPTING REPORT
                                             AND RECOMMENDATION
11   MARK SELING *et al.*,                   REGARDING PLAINTIFF
                                             DALE DAVIS
12           Defendants.

13          The Court, having reviewed plaintiff's complaint, and the Report and

14   Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and

15   Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

16       (1)    The Court adopts the Report and Recommendation;

17       (2)    Plaintiff Dale Davis's cause of action is **DISMISSED WITH PREJUDICE** for

18              the reasons outlined in the Report and Recommendation.

19       (3)    The Clerk is directed to send copies of this Order to plaintiffs, counsel for

20              defendants, and to the Hon. Karen L. Strombom.

21

22   DATED this 27th day of September, 2005.

23

24   _____
     RONALD B. LEIGHTON
25   UNITED STATES DISTRICT JUDGE

26

27

28   ORDER - 1