1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT
                         WESTERN DISTRICT OF WASHINGTON
9                                   AT TACOMA

10    RICHARD ANTONIO CAPELLO *et al.*,

11              Plaintiffs,                        Case No. C02-5242RBL

12         v.                                      ORDER ADOPTING REPORT
                                                   AND RECOMMENDATION
13    MARK SELING *et al.*,                         REGARDING PLAINTIFF
                                                   JAMES CALDERWOOD
14              Defendants.

15              The Court, having reviewed plaintiff's complaint, and the Report and

16   Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and

17   Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

18         (1)   The Court adopts the Report and Recommendation;

19         (2)   Plaintiff James Calderwood's cause of action is **DISMISSED WITH**

20               **PREJUDICE** for the reasons outlined in the Report and Recommendation.

21         (3)   The Clerk is directed to send copies of this Order to plaintiffs, counsel for

22               defendants, and to the Hon. Karen L. Strombom.

23

24   DATED this 28th day of November, 2005.

25

26                              _____
                                RONALD B. LEIGHTON
27                              UNITED STATES DISTRICT JUDGE

28   ORDER - 1