UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD ANTONIO CAPELLO *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARK SELING *et al.*,<br><br>Defendants. | Case No. C02-5242RBL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION REGARDING PLAINTIFF BRYAN DUNCAN |

The Court, having reviewed plaintiff's complaint, and the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff Bryan Duncan's cause of action is **DISMISSED WITH PREJUDICE** for the reasons outlined in the Report and Recommendation.

(3) The Clerk is directed to send copies of this Order to plaintiffs, counsel for defendants, and to the Hon. Karen L. Strombom.

DATED this 28th day of November, 2005.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1