1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
9                                      AT TACOMA

10   RICHARD ANTONIO CAPELLO *et al.*,

11            Plaintiffs,                          Case No. C02-5242RBL

12        v.                                       ORDER ADOPTING REPORT
                                                   AND RECOMMENDATION
13   MARK SELING *et al.*,                         REGARDING PLAINTIFF
                                                   THOMAS P. WILLIAMS
14            Defendants.

15           The Court, having reviewed plaintiff's complaint, and the Report and

16   Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and

17   Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

18        (1)    The Court adopts the Report and Recommendation;

19        (2)    Plaintiff Thomas P. Williams's cause of action is **DISMISSED WITH**

20                **PREJUDICE** for the reasons outlined in the Report and Recommendation.

21        (3)    The Clerk is directed to send copies of this Order to plaintiffs, counsel for

22                defendants, and to the Hon. Karen L. Strombom.

23

24   DATED this 5th day of December, 2005.

25

26                                    _____
                                      RONALD B. LEIGHTON
27                                    UNITED STATES DISTRICT JUDGE

28   ORDER - 1