HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICARDO CAPELLO, *et al*,

    Plaintiffs,

v.

MARK SELING, *et al*,

    Defendants.

Case No. C02-5242 RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Plaintiff John Anderson's Motion for Reconsideration [Dkt. #489].

Having considered the entirety of the records and file herein, the Court finds and rules as follows:

Plaintiff seeks reconsideration of this Court's Order [Dkt. #483] which adopted the Magistrate Judge's Report and Recommendation and dismissed plaintiff John Anderson's complaint. The plaintiff merely restates the arguments he made in his Objections to the Report and Recommendation [Dkt. #478] and has failed to show "manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable diligence." CR 7(h)(1), <u>Local Rules W.D. Wash</u>. It is therefore

ORDER
Page - 1

**ORDERED** that Plaintiff John Anderson's Motion for Reconsideration [Dkt. #489] is **DENIED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 6th day of February, 2006.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE