1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8

CAPELLO *et al.,*

9

Plaintiffs,

Case No. C02-5242RBL

10

v.

11

SELING *et al.,*

12

Defendants.

ORDER ADOPTING REPORT
AND RECOMMENDATION
REGARDING INJUNCTIVE
RELIEF

13

The Court, having reviewed plaintiff's complaint, and the Report and

14

Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and

15

Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

16

(1)    The Court adopts the Report and Recommendation;

17

(2)    Plaintiff McGary's request for legal materials is **DENIED.**

18

(3)    The Clerk is directed to send copies of this Order to plaintiff, counsel for

19

defendants, and to the Hon. Karen L. Strombom.

20

21

DATED this 24th day of April, 2006.

22

23

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

24

25

26

27

28    ORDER - 1