1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CAPELLO *et al.*,

            Plaintiffs,

      v.

MARK SELING *et al.*,

            Defendants.

Case No. C02-5242RBL

ORDER ADOPTING REPORT
 AND RECOMMENDATION
REGARDING PLAINTIFF
GARY YOUNG

        The Court, having reviewed plaintiff's complaint, and the Report and

Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and

Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

        (1)      The Court adopts the Report and Recommendation;

        (2)      Gary Young's cause of action is **DISMISSED WITH PREJUDICE** for the

                 reasons outlined in the Report and Recommendation.

        (3)      The Clerk is directed to send copies of this Order to plaintiffs, counsel for

                 defendants, and to the Hon. Karen L. Strombom.

        DATED this 19th day of July, 2006.

                                      _____
                                      RONALD B. LEIGHTON
                                      UNITED STATES DISTRICT JUDGE

ORDER - 1